No. 91–246.  SAMUELS, KRAMER & CO. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 91–260.  METZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–277.  ADD VENTURES, INC. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–288.  KIM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–314.  CHAMP CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–317.  DeLORENZO ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–318.  LELAND *v.* FEDERAL INSURANCE ADMINISTRATOR ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–338.  SANCHEZ ET AL. *v.* CITY OF SANTA ANA, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–406.  SOUTHERN RAILWAY CO. *v.* WALLACE.  Sup. Ct. Va.  Certiorari denied.

No. 91–443.  HODGE *v.* LAKE SHORE HOSPITAL, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–451.  NORRIS *v.* ALABAMA STATE BAR.  Sup. Ct. Ala.  Certiorari denied.

No. 91–459.  NELSON ET UX. *v.* PRODUCTION CREDIT ASSOCIATION OF THE MIDLANDS.  C. A. 8th Cir.  Certiorari denied.

No. 91–465.  ACADEMY LIFE INSURANCE CO. *v.* GUILL ET AL.  C. A. 4th Cir.  Certiorari denied.